**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant and*
*[Proposed] Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEREMY VANDERSLUIS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AGILON HEALTH, INC., STEVEN SELL, and JEFFREY SCHWANEKE, <br><br> Defendants. | **CASE No.: 1:25-cv-07167-HG** <br><br> **NOTICE OF MOTION OF HR & SONS LLC TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> <u>**CLASS ACTION**</u> |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movant HR & Sons LLC ("Movant") hereby moves this Court, the Honorable Hector Gonzalez, United States District Judge, on a date and at a time to be designated by the Court, for an order:

(a)     appointing Movant to serve as Lead Plaintiff in this action; and

(b)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class.

1

In support of this Motion, Movant submits: (i) the Memorandum of Law dated March 2, 2026 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Movant is aware of Your Honor's Individual Practices Rule IV.A., which requires a pre-motion letter prior to filing any motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. As such, Movant respectfully requests that the pre-motion letter requirement be waived. Furthermore, as the filing of the lead plaintiff motion is statutorily mandated by the PSLRA's 60-day time limit, Movant respectfully requests Rule IV.A be waived because waiting to file until the pre-motion letter procedure is complete could result in the loss of a right pursuant to Your Honor's Individual Practices Rule IV.A.11. The filing of the lead plaintiff motion will give notice to the other lead plaintiff movants, whose identities Movant cannot know at this time and therefore cannot serve, that other class members have moved for lead plaintiff appointment.

Dated: March 2, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant and*
*[Proposed] Lead Counsel for the Class*

**THE SCHALL LAW FIRM**

2

Brian Schall, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (877) 590-0483
Email: brian@schallfirm.com

*Additional Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

4