**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEREMY VANDERSLUIS, Individually and on behalf of all others similarly situated, | Case No. 1:25-cv-07167-HG |
| Plaintiff, | |
| v. | |
| AGILON HEALTH, INC., STEVEN SELL, and JEFFREY SCHWANEKE, | |
| Defendants. | |

**NOTICE OF SHAJI NELSON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Shaji Nelson ("Nelson") moves this Court for an order: (1) appointing Nelson as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Nelson's selection of Glancy Prongay Wolke & Rotter LLP as Lead Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Nelson seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Gregory B. Linkh, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: March 2, 2026

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By:   */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

1

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Shaji Nelson and Proposed Lead
Counsel for the Class*

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 2, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 2, 2026, at Brooklyn, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh