**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEREMY VANDERSLUIS, Individually and on behalf of all others similarly situated, | Case No. 1:25-cv-07167-HG |
| Plaintiff, | |
| v. | |
| AGILON HEALTH, INC., STEVEN SELL, and JEFFREY SCHWANEKE, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING SHAJI NELSON'S MOTION FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered Shaji Nelson's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Shaji Nelson as Lead Plaintiff; and

3.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay Wolke & Rotter LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____    _____

HON. HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE

1