# Exhibit 2

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Hamid Ahmed, hereby certify as follows:

1.      In my capacity as Co-Owner and Manager of HR & Sons LLC ("HRS"), I am authorized to enter into this certification on behalf of HRS.

2.      I have reviewed a Complaint against agilon health, inc. (the "Company") and authorize the filing of a motion on HRS's behalf for appointment as lead plaintiff.

3.      HRS did not purchase or acquire Company securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      HRS is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Company securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  HRS understands that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of HRS's transactions in Company securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, HRS has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      HRS agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Docusign Envelope ID: DFB6DF66-1056-4EF5-B108-89811329F3AE

I declare under penalty of perjury, under the laws of the United States of America, that the

foregoing is true and correct this day of _3/2/2026_____.

Signed by:

968AC4558FC8403...

Hamid Ahmed
*Manager*
*HR & Sons, LLC*

<u>SCHEDULE A</u>

**HR & SONS LLC TRANSACTIONS**
**between February 26, 2025 through August 4, 2025**

| PURCHASES | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 4/24/2025 | 200 | ($3.85) |
| 4/24/2025 | 300 | ($3.86) |
| 4/24/2025 | 500 | ($3.80) |
| 4/28/2025 | 1000 | ($3.85) |
| 4/28/2025 | 200 | ($3.83) |
| 4/28/2025 | 300 | ($3.82) |
| 4/28/2025 | 1000 | ($3.80) |
| 4/29/2025 | 200 | ($3.76) |
| 4/30/2025 | 1000 | ($3.77) |
| 5/13/2025 | 500 | ($2.70) |
| 5/13/2025 | 500 | ($2.70) |
| 5/16/2025 | 1000 | ($2.47) |
| 5/19/2025 | 500 | ($2.30) |
| 5/22/2025 | 500 | ($2.22) |
| 5/22/2025 | 1000 | ($2.19) |
| 5/29/2025 | 1000 | ($2.22) |
| 6/4/2025 | 3000 | ($2.19) |
| 6/5/2025 | 1000 | ($2.16) |
| 6/12/2025 | 1000 | ($2.20) |
| 6/16/2025 | 1000 | ($2.15) |
| 6/16/2025 | 100 | ($2.14) |
| 6/20/2025 | 2000 | ($2.13) |
| 6/23/2025 | 1000 | ($2.07) |
| 6/24/2025 | 2000 | ($2.10) |
| 7/7/2025 | 500 | ($2.36) |
| 7/15/2025 | 2000 | ($2.21) |
| 7/17/2025 | 1000 | ($2.17) |
| 7/18/2025 | 2000 | ($2.13) |
| 7/23/2025 | 1000 | ($2.12) |
| 7/24/2025 | 10000 | ($2.13) |
| 7/24/2025 | 5000 | ($2.10) |
| 7/24/2025 | 5000 | ($2.08) |
| 7/24/2025 | 5000 | ($2.09) |
| 7/25/2025 | 5000 | ($2.05) |

| PURCHASES | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 7/29/2025 | 2000 | ($2.00) |
| 7/31/2025 | 500 | ($1.80) |

| SALES | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 4/25/2025 | 1000 | $3.99 |
| 4/30/2025 | 3700 | $3.98 |
| 6/3/2025 | 2500 | $2.25 |
| 6/9/2025 | 5500 | $2.29 |
| 6/17/2025 | 2100 | $2.19 |
| 6/23/2025 | 3000 | $2.16 |
| 6/24/2025 | 2000 | $2.15 |
| 7/17/2025 | 2000 | $2.23 |
| 7/21/2025 | 3000 | $2.18 |
| 7/23/2025 | 1000 | $2.25 |
| 8/4/2025 | 500 | $1.81 |