# Exhibit 3

**agilon health, inc.**
**Class Period: February 26, 2025 through August 4, 2025**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 1.071921 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| HR & Sons LLC | 4/24/2025 | 200 | ($3.85) | ($770.00) | 4/25/2025 | 1,000 | $3.99 | $3,990.00 | | | | |
| | 4/24/2025 | 300 | ($3.86) | ($1,158.00) | 4/30/2025 | 3,700 | $3.98 | $14,726.00 | | | | |
| | 4/24/2025 | 500 | ($3.80) | ($1,900.00) | 6/3/2025 | 2,500 | $2.25 | $5,625.00 | | | | |
| | 4/28/2025 | 1,000 | ($3.85) | ($3,850.00) | 6/9/2025 | 5,500 | $2.29 | $12,595.00 | | | | |
| | 4/28/2025 | 200 | ($3.83) | ($766.00) | 6/17/2025 | 2,100 | $2.19 | $4,599.00 | | | | |
| | 4/28/2025 | 300 | ($3.82) | ($1,146.00) | 6/23/2025 | 3,000 | $2.16 | $6,480.00 | | | | |
| | 4/28/2025 | 1,000 | ($3.80) | ($3,800.00) | 6/24/2025 | 2,000 | $2.15 | $4,300.00 | | | | |
| | 4/29/2025 | 200 | ($3.76) | ($752.00) | 7/17/2025 | 2,000 | $2.23 | $4,460.00 | | | | |
| | 4/30/2025 | 1,000 | ($3.77) | ($3,770.00) | 7/21/2025 | 3,000 | $2.18 | $6,540.00 | | | | |
| | 5/13/2025 | 500 | ($2.70) | ($1,350.00) | 7/23/2025 | 1,000 | $2.25 | $2,250.00 | | | | |
| | 5/13/2025 | 500 | ($2.70) | ($1,350.00) | 8/4/2025 | 500 | $1.81 | $905.00 | | | | |
| | 5/16/2025 | 1,000 | ($2.47) | ($2,470.00) | | | | | | | | |
| | 5/19/2025 | 500 | ($2.30) | ($1,150.00) | | | | | | | | |
| | 5/22/2025 | 500 | ($2.22) | ($1,110.00) | | | | | | | | |
| | 5/22/2025 | 1,000 | ($2.19) | ($2,190.00) | | | | | | | | |
| | 5/29/2025 | 1,000 | ($2.22) | ($2,220.00) | | | | | | | | |
| | 6/4/2025 | 3,000 | ($2.19) | ($6,570.00) | | | | | | | | |
| | 6/5/2025 | 1,000 | ($2.16) | ($2,160.00) | | | | | | | | |
| | 6/12/2025 | 1,000 | ($2.20) | ($2,200.00) | | | | | | | | |
| | 6/16/2025 | 1,000 | ($2.15) | ($2,150.00) | | | | | | | | |
| | 6/16/2025 | 100 | ($2.14) | ($214.00) | | | | | | | | |
| | 6/20/2025 | 2,000 | ($2.13) | ($4,260.00) | | | | | | | | |
| | 6/23/2025 | 1,000 | ($2.07) | ($2,070.00) | | | | | | | | |
| | 6/24/2025 | 2,000 | ($2.10) | ($4,200.00) | | | | | | | | |
| | 7/7/2025 | 500 | ($2.36) | ($1,180.00) | | | | | | | | |
| | 7/15/2025 | 2,000 | ($2.21) | ($4,420.00) | | | | | | | | |
| | 7/17/2025 | 1,000 | ($2.17) | ($2,170.00) | | | | | | | | |
| | 7/18/2025 | 2,000 | ($2.13) | ($4,260.00) | | | | | | | | |
| | 7/23/2025 | 1,000 | ($2.12) | ($2,120.00) | | | | | | | | |
| | 7/24/2025 | 10,000 | ($2.13) | ($21,300.00) | | | | | | | | |
| | 7/24/2025 | 5,000 | ($2.10) | ($10,500.00) | | | | | | | | |
| | 7/24/2025 | 5,000 | ($2.08) | ($10,400.00) | | | | | | | | |
| | 7/24/2025 | 5,000 | ($2.09) | ($10,450.00) | | | | | | | | |
| | 7/25/2025 | 5,000 | ($2.05) | ($10,250.00) | | | | | | | | |
| | 7/29/2025 | 2,000 | ($2.00) | ($4,000.00) | | | | | | | | |
| | 7/31/2025 | 500 | ($1.80) | ($900.00) | | | | | | | | |
| | | 59,800 | | ($135,526.00) | | 26,300 | | $66,470.00 | 33,500 | $35,909.34 | ($33,146.66) | |