# EXHIBIT A

**Dec 31, 2025 7:11 PM Eastern Standard Time**

# CORRECTING and REPLACING EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of agilon health, inc. Investors – AGL

Share

CORRECTION...by The Rosen Law Firm, P.A.

NEW YORK--(BUSINESS WIRE)--Third paragraph, first sentence of release should read: (1) Defendants recklessly issued guidance for 2025 that they knew or should have known was not going to be achieved... (instead of (1) Defendants recklessly issued guidance for 2026 that they knew or should have known was not going to be achieved...).

The updated release reads:

**EQUITY ALERT: ROSEN LAW FIRM FILES SECURITIES CLASS ACTION LAWSUIT ON BEHALF OF AGILON HEALTH, INC. INVESTORS – AGL**

Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of agilon health, inc. (NYSE: AGL) between February 26, 2025 and August 4, 2025, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for agilon investors under the federal securities laws.

To join the agilon class action, go to https://rosenlegal.com/submit-form/?case_id=46039 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Defendants recklessly issued guidance for 2025 that they knew or should have known was not going to be achieved, given material industry headwinds of which they were aware; (2) Defendants materially overstated the immediate positive financial impact from "strategic actions" taken by agilon to reduce risk; and (3) as a result, defendants' statements about agilon's business, operations, and prospects were materially false and/or misleading at all times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than March 2, 2026**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=46039 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of

securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved, at that time, the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Industry:**      Class Action Lawsuit     Professional Services     Legal



**THE ROSEN LAW FIRM, P.A.**