# EXHIBIT C

## Financial Interest Analysis

**Company Name:**  agilon health, inc.
**Ticker:**  AGL
**Class Period:**  February 26, 2025 to August 4, 2025
**Name:**  Shaji Nelson

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/13/2025 | 2,000 | $2.6592 | -$5,318.4000 | | $0.0000 | -$5,318.40 |
| 5/16/2025 | 170 | $2.4989 | -$424.8130 | | $0.0000 | -$424.81 |
| 5/28/2025 | 1,000 | $2.3088 | -$2,308.8000 | | $0.0000 | -$2,308.80 |
| 6/9/2025 | 1,000 | $2.3000 | -$2,300.0000 | | $0.0000 | -$2,300.00 |
| 6/9/2025 | 1,000 | $2.2600 | -$2,260.0000 | | $0.0000 | -$2,260.00 |
| 6/30/2025 | 350 | $2.3392 | -$818.7200 | | $0.0000 | -$818.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,520** | | | | **Subtotal:** | **-$13,430.73** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $5,916.77 |
| | | | $1.0719 | | **Total:** | **-$7,513.96** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between August 5, 2025 and November 2, 2025.