**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEREMY VANDERSLUIS, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>AGILON HEALTH, INC., STEVEN SELL, and JEFFREY SCHWANEKE,<br><br>          Defendants. | Case No. 1:25-cv-07167-HG |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF SHAJI NELSON'S REPLY MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay Wolke & Rotter LLP, counsel for Lead Plaintiff Movant Shaji Nelson ("Nelson") and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Shaji Nelson's Reply Memorandum of Law in Support of His Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of Shaji Nelson's Revised Signed PSLRA Certification, dated March 20, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 23rd day of March 2026.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 23, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2026, at Brooklyn, New York.

_/s/ Gregory B. Linkh_
Gregory B. Linkh

2