# ALSTON & BIRD

90 Park Avenue
New York, NY, 10016-1387
212-210-9400 | Fax: 212-210-9444

**Elizabeth Gingold Clark**                Direct Dial: **212-210-9568**                Email: **elizabeth.clark@alston.com**

May 4, 2026

**VIA ECF**

Hon. Hector Gonzalez, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Jeremy Vandersluis v. agilon health, inc., et al.*; No. 1:25-cv-07167-HG

Dear Judge Gonzalez:

We represent Defendants agilon health, inc., Steven Sell, and Jeffrey Schwaneke (collectively, "Defendants") in the above-referenced action. In accordance with Rule 1.C(2) of the Court's Individual Rules and Practices, we respectfully submit this letter to request that the Court enter the enclosed Joint Stipulation and [Proposed] Order for (1) Schedule to File Plaintiff's Amended Complaint and Defendants' Responses Thereto and (2) Other Relief ("Stipulation"). Lead Plaintiff HR & Sons LLC ("Plaintiff," and with Defendants, the "Parties") jointly submit this request.

On April 28, 2026, the Court entered an Order that, among other things, appointed HR & Sons LLC as Lead Plaintiff, approved its selection of The Rosen Law Firm, P.A. as Lead Counsel, and directed the Parties to meet-and-confer and submit a proposed schedule for the filing of an amended complaint and briefing schedule for any responses thereto on or before May 12, 2026.

Accordingly, the Parties have met and conferred and respectfully request that the Court enter the enclosed Stipulation setting the proposed schedule outlined below:

1. Plaintiff shall file its Amended Complaint ("AC") on or before **June 29, 2026**;

2. Defendants shall move to dismiss, answer, or otherwise respond to the AC on or before **August 28, 2026**; and

3. If Defendants move to dismiss the AC, Plaintiff shall file its opposition to the motion to dismiss on or before **October 27, 2026**, and Defendants shall file their reply brief in support of their motion to dismiss on or before **December 3, 2026**.

Alston & Bird LLP                                                                                                            www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

*Jeremy Vandersluis v. agilon health, inc., et al.*, No. 1:25-cv-07167-HG
May 4, 2026
Page 2


Further, the Parties request that the action be renamed to: ***In re: agilon health, inc. 2025 Securities Litigation***.

The Parties previously requested, and the Court granted, an extension of time for Defendants to respond to the Complaint, pending the appointment of Lead Plaintiff and Lead Counsel. (See DCKT #8).

We appreciate the Court's attention to this matter and we are available at the Court's convenience should Your Honor have any questions.

Sincerely,

Elizabeth Gingold Clark

Enclosure

cc:    Counsel of Record (via ECF)