**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JEREMY VANDERSLUIS, Individually and on behalf of all others similarly situated,<br><br>      **Plaintiff,**<br>vs.<br><br>AGILON HEALTH, INC., STEVEN J. SELL, and JEFFREY SCHWANEKE,<br><br>      **Defendants.** | **Case No: 1:25-cv-07167-HG** |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR (1) SCHEDULE**
**TO FILE PLAINTIFF'S AMENDED COMPLAINT**
**AND DEFENDANTS' RESPONSE THERETO AND (2) OTHER RELIEF**

Lead Plaintiff HR & Sons LLC ("Plaintiff") and Defendants agilon health, inc., Steven Sell, and Jeffrey Schwaneke ("Defendants," and collectively with Plaintiff, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on April 28, 2026, the Court entered an Order that, among other things, appointed HR & Sons LLC as Lead Plaintiff, approved its selection of The Rosen Law Firm, P.A. as Lead Counsel, and directed the Parties to meet-and-confer and submit a proposed schedule for the filing of an amended complaint and briefing schedule for any responses thereto on or before May 12, 2026;

WHEREAS, the Parties have met and conferred and agreed on a schedule for Plaintiff to file its Amended Complaint ("AC") and for Defendants' responses thereto;

NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request that the Court enter an Order, as follows:

1. Plaintiff shall file its AC on or before **June 29, 2026**;

2. Defendants shall move to dismiss, answer, or otherwise respond to the AC on or before **August 28, 2026**;

1

3. If Defendants move to dismiss the AC, Plaintiff shall file its opposition to the motion to dismiss on or before **October 27, 2026**, and Defendants shall file their reply brief in support of their motion to dismiss on or before **December 3, 2026**; and

4. The caption shall be renamed to: ***In re: agilon health, inc. 2025 Securities Litigation***.

Respectfully submitted this 4th day of May, 2026.

**THE ROSEN LAW FIRM, P.A.**

/s/ *Matthew Siben*
Matthew Siben, Esq.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
msiben@rosenlegal.com

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
philkim@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Plaintiff HR & Sons LLC
and the Putative Class*

**ALSTON & BIRD**

/s/ *Elizabeth Gingold Clark*
Elizabeth Gingold Clark
Registration No. 4799409
Courtney Quirós (*admitted pro hac vice*)
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
elizabeth.clark@alston.com
courtney.quiros@alston.com

*Counsel for Defendants*

2

**IT IS SO ORDERED** this _____ day of _____, 2026.


_____
HONORABLE HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 4th day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced action.

**ALSTON & BIRD**

/s/ *Elizabeth Gingold Clark*
Elizabeth Gingold Clark
elizabeth.clark@alston.com
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444